1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  GREGG W. LOWDER  (CSBN 107864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7044
7      Facsimile: (415) 436-7234
       Email: gregg.lowder@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,        )   No. CR 3 05 70916 EMC
                                    )
          Plaintiff,                )
                                    )   **NOTICE AND [PROPOSED] ORDER**
          v.                        )   **OF DISMISSAL**
                                    )
   FAISAL MOHAMMED ABDO AL ABSI,    )
   a/k/a Fawaz Mohammed Abdo Al Absi,)
                                    )
          Defendant.                )
                                    )

       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the complaint filed herein.

   DATED: November 17, 005           Respectfully submitted,

                                     KEVIN V. RYAN
                                     United States Attorney


                                     _____/s/_____
                                     GREGG W. LOWDER
                                     Assistant United States Attorney


   **NOTICE OF DISMISSAL**
   **CR 3 05 70916 EMC**

1  **ORDER OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

2      Leave of Court is granted to the government to dismiss the complaint without prejudice

3  and the Court hereby orders that the complaint filed in this matter is dismissed without prejudice.

4  The defendant is hereby ordered released from the custody of the United States Marshal's Office.

7  DATED: November 17, 2005



NANDOR
United States

NOTICE OF DISMISSAL
CR 3 05 70844 JL      2