```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVSBN 0722)
 3  Chief, Criminal Division

 4  GREGG W. LOWDER (CSBN 107864)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7044
 7     Fax: (415) 436-7234

 8  Attorneys for Plaintiff
```

9    UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAISAL MOHAMMED ABDO AL ABSI, ) <br> a/k/a Fawaz Mohammed Abdo Al Absi, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 3 05-70916 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 10, 2005 THROUGH NOVEMBER 21, 2005 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) AND UNDER F.R.C.P. 5.1** |

   The parties were before this Court on November 10, 2005 for detention hearing on the pending complaint. The defendant was personally present, and Barry Portman, Federal Public Defender, appeared on behalf of the defendant. Gregg W. Lowder, Assistant United States Attorney, appeared for the United States. The Court continued the matter to November 21, 2005 @ 9: 30 a.m. for defendant's next appearance before this Court on the detention hearing.

   The Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and from calculations under Federal Rule of Criminal Procedure 5.1, from November 10, 2005 through November 21, 2005 in order to complete the detention hearing. The parties, including the defendant, agree and the Court finds and holds as follows:

   1. The defendant and defense counsel agree and request an exclusion of time from

Order re Speedy Trial Exclusion of Time
CR 3 05-70916 EMC

1  calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of
2  Criminal Procedure Rule 5.1, from November 10 through November 21, 2005 based
3  upon the need to conduct further investigation into the facts of the case in order to
4  effectively prepare the defendant's case, specifically as it relates to the defendant's
5  motion to be released at his detention hearing and his claim to a defense of necessity; and
6  counsel for the defense believes it is in his client's best interest to do so.

7  2. The government requests the above-referenced time be excluded from calculations
8  under the Speedy Trial Act and under Federal Rule of Criminal Procedure 5.1 for the
9  above reasons, that is, to investigate the defense claims in light of the defendant's request
10  to be released at the detention hearing.

11  Given these circumstances, the Court finds that the ends of justice served by excluding
12  from calculations the period from November 10, 2005 through November 21, 2005, outweigh the
13  best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18
14  U.S.C. § 3161, and under the rights encompassed under Federal Rule of Criminal Procedure 5.1.
15  Accordingly, and with the consent of the defendant, the Court (1) sets the next appearance date
16  before this Court on November 21, 2005 @ 9:30 a.m., and (2) orders and finds that the time from
17  November 10, 2005 through November 21, 2005 is excluded from time calculations under the
18  Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure 5.1.

19  SO STIPULATED:

20  DATED: 11-17-05          _____/s/_____
                              BARRY PORTMAN
21                            Attorney for Defendant

22  DATED: 11-17-05          _____/s/_____
                              GREGG W. LOWDER
23                            Assistant United States Attorney

24  IT IS SO ORDERED.
25  DATED: November 18, 2005   _____
                              EDWARD M. CHEN  for J. Vadas
26                            United States Magistrate Judge



Order re Speedy Trial Exclusion of Time
CR 3 05-70916 EMC                    2